IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MARY LOU MCSWEENEY-WILSON, Petitioner, vs. THE FIRST JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF STOREY; AND THE HONORABLE JAMES TODD RUSSELL, DISTRICT JUDGE, Respondents, and STOREY COUNTY COMMISSIONERS; AND STERICYCLE, INC., Real Parties in Interest. | No. 82652 FILED MAY 14 2021 ELIZABETH A. BROWN CLERK OF SUPREME COURT BY_____ DEPUTY CLERK |

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges district court orders dismissing a petition for judicial review. Having considered the petition and supporting documents, we are not convinced that petitioner has met her burden of demonstrating that our extraordinary intervention is warranted. *See Walker v. Second Judicial Dist. Court*, 136 Nev., Adv. Op. 80, 476 P.3d 1194, 1196-97 (2020) (refusing to substitute this court's judgment for that of the district court absent a manifest abuse of discretion); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (observing that "the issuance of a writ of mandamus or prohibition is purely discretionary with this court"). In particular, petitioner has an adequate

21-13955

legal remedy in the form of an appeal from any adverse final judgment.[1] NRS 34.170; *Pan*, 120 Nev. at 224, 88P.3d at 841 ("[T]he right to appeal is generally an adequate legal remedy that precludes writ relief."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. James Todd Russell, District Judge
      Mary Lou Wilson
      Storey County District Attorney
      McDonald Carano LLP/Reno
      Storey County Clerk

---

[1]Because we deny the petition, we also deny petitioner's request for a stay of the district court's order as moot.